AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

**EXHIBIT AND WITNESS LIST**

USA
V.
Deshawn Dawkins

Case Number:   5:24-cr-111-KKC-2

| PRESIDING JUDGE Judge Karen K. Caldwell | | | PLAINTIFF'S ATTORNEY Kate Smith | | DEFENDANT'S ATTORNEY Joshua Lowther, Katryna Spearman | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Jury Trial 3/30/2026-4/1/2026 | | | COURT REPORTER Lauren Gootee | | COURTROOM DEPUTY Kimberly Marsh | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/30/2026 | | | Witness 1: Steven Kennedy |
| 12C | | 3/30/2026 | X | X | Exhibit 12C: Steven Kennedy Final Report Aria Diagnostics |
| 2 | | 3/30/2026 | | | Witness 2: Justin Derringer |
| 11E | | 3/30/2026 | X | X | Exhibit 11E: Commonwealth of KY Medicaid Enrollment Record |
| 3 | | 3/30/2026 | | | Witness 3: Derrick Robinson |
| 4 | | 3/30/2026 | | | Witness 4: Sherri Staley |
| 5 | | 3/31/2026 | | | Witness 5: Brian Wallace |
| 6 | | 3/31/2026 | | | Witness 6: Lily Timberlake aka Lily Bell |
| 7A | | 3/31/2026 | X | X | Exhibit 7A: Elite Medical Solutions LLC Checks to Deshawn Dawkins |
| 14C | | 3/31/2026 | X | X | Exhibit 14C: Voicemail from Deshawn Dawkins |
| 14D | | 3/31/2026 | X | X | Exhibit 14D: Voicemail from Deshawn Dawkins |
| 9E | | 3/31/2026 | X | X | Exhibiti 9E: Email from Deshawn Dawkins with W-9 Tax form attachment |
| 9A | | 3/31/2026 | X | X | Exhibit 9A: Email to Delores Jordan with Dawn Carpenter contract attachment |
| 9D | | 3/31/2026 | X | X | Exhibit 9D: Email from Patrick Duerr re patient documents |
| 9B | | 3/31/2026 | X | X | Exhibit 9B: Email to Lori Powell re acknowledgment form |
| 9C | | 3/31/2026 | X | X | Exhibit 9C: Email to Caitlyn Winn re Electronic Signature of Dawn Carpenter |
| 15A | | 3/31/2026 | X | X | Exhibit 15A: Unsigned Agreement for Lily Timberlake |
| 10 | | 3/31/2026 | X | X | Exhibit 10: Phone call between Lily Timberlake and Delores Jordan 3/15/22 |
| 7 | | 3/31/2026 | | | Witness 7: Whitney Hite |
| 12D | | 3/31/2026 | X | X | Exhibit 12: Whitney Hite Final Report Aria Diagnostics |
| 8 | | 3/31/2026 | | | Exhibit 8: Tara Wilson |
| 11B1 | | 3/31/2026 | X | X | Exhibit 11B1: Medicare & Medicaid Claims Data |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | vs. | Deshawn Dawkins | CASE NO. | 5:24-cr-111-KKC-2 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 11B2 | | 3/31/2026 | X | X | Exhibit 11B2: Medicare & Medicaid Claims Data |
| 11B3 | | 3/31/2026 | X | X | Exhibit 11B3:Medicare & Medicaid Claims Data |
| 11B5 | | 3/31/2026 | X | X | Exhibit 11B5: Medicare & Medicaid Claims Data |
| 11B7 | | 3/31/2026 | X | X | Exhibit 11B7: Medicare & Medicaid Claims Data |
| 11B 11 | | 3/31/2026 | X | X | Exhibit 11B11: Medicare & Medicaid Claims Data |
| 11B 12 | | 3/31/2026 | X | X | Exhibit 11B12: Medicare & Medicaid Claims Data |
| 11B 13 | | 3/31/2026 | X | X | Exhibit 11B13: Medicare & Medicaid Claims Data |
| 11A1 | | 3/31/2026 | X | X | Exhibit 11A1: Summary of Medicaid Behavioral Health Paid Claims |
| 11A2 | | 3/31/2026 | X | X | Exhibit 11A2: Summary of Medicare & Medicaid Urine Drug Testing Paid Claims |
| 11A3 | | 3/31/2026 | X | X | Exhibit 11A3: Urine Drug Screens & Behavioral Health Screens for Specific Patients |
| 9 | | 3/31/2026 | | | Witness 9: Sheila Ruble |
| 10 | | 3/31/2026 | | | Witness 10: Mike Prather |
| 11 | | 3/31/2026 | | | Witness 11: Dawn Carpenter |
| 8A | | 3/31/2026 | X | X | Exhibit 8A: Cellbrite Report -Text Messages between Lily Timeberlake & Dawn Carpenter |
| 12 | | 3/31/2026 | | | Witness 12: Sarah Campbell |
| 13 | | 3/31/2026 | | | Witness 13: Catherine Beaumont aka Catherine Hughes |
| 13A | | 3/31/2026 | X | X | Exhibit 13A: Peers Info List |
| 13B | | 3/31/2026 | X | X | Exhibit 13B: Email from Catherine Beaumont to Peer support sepcialists |
| 13C | | 3/31/2026 | X | X | Exhibit 13C: Email from Catherine Beaumont to Delores Jordan |
| 14 | | 3/31/2026 | | | Witness 14: Christopher Darmand |
| 4 | | 3/31/2026 | X | X | Exhibit 4: Check Payments - Excel Sheet |
| 5 | | 3/31/2026 | X | X | Exhibit 5: Applecash Payments - Excel Sheet |
| 6A | | 3/31/2026 | X | X | Exhibit 6A: Check #1031 |
| 6B | | 3/31/2026 | X | X | Exhibit 6B: Check #1049 |
| 6C | | 3/31/2026 | X | X | Exhibit 6C: Check #1050 |
| 6D | | 3/31/2026 | X | X | Exhibit 6D: Check #1151 |
| 6E | | 3/31/2026 | X | X | Exhibit 6E: Check #1152 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | | vs. | Deshawn Dawkins | CASE NO. | 5:24-cr-111-KKC-2 |
|---|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6F | | 3/31/2026 | X | X | Exhibit 6F: Check #1341 |
| 7B | | 3/31/2026 | X | X | Exhibit 7B: Checks from PND Bank Account 9155 |
| 3A | | 3/31/2026 | X | X | Exhibit 3A: Proceeds to Dashawn Dawkins |
| 3B | | 3/31/2026 | X | X | Exhibit 3B: Payroll Summary - Top 10 Employees by Gross Pay |
| 3C | | 3/31/2026 | X | X | Exhibit 3C: Summary of Checks - JP Morgan Chase Account - 5535 |
| 3D | | 3/31/2026 | X | X | Exhibit 3D: Checks from Serenity Keeprs - PNC Bank Accounty 9155 |
| 3E | | 3/31/2026 | X | X | Exhibit 3E: Applecash Payments from Lily Timberlake |
| 3F | | 3/31/2026 | X | X | Exhibit 3F: Check Payment from Lily Timberlake |
| 14B | | 3/31/2026 | X | X | Exhibit 14B: Cellbrite Report - Voicemails from Dashawn Dawkins |
| 16 | | 3/31/2026 | X | X | Exhibit 16: Articles of Organization for Serenity Keeper's LLC |
| 1A | | 3/31/2026 | X | X | Exhibit 1A: Photos of Apartment at 101 Daniel Court, Lexington, KY |
| 1B | | 3/31/2026 | X | X | Exhibit 1B: Photos of Collection Cups and Preprinted FedEx Labels |
| 1C | | 3/31/2026 | X | X | Exhibit 1C: Photos of Administrative Binder from Serenity Keeper's LLC |
| 1D | | 3/31/2026 | X | X | Exhibit 1D: Photos of Sign-in Sheets for Serenity Keeper's LLC |
| 1E | | 3/31/2026 | X | X | Exhibit 1E: Photos of Payroll Check to Dashawn Dawkins |
| 2A | | 3/31/2026 | X | X | Exhibit 2A: Steven Kennedy Records |
| 2B | | 3/31/2026 | X | X | Exhibit 2B: Brian Wallace Records |
| 2G | | 3/31/2026 | X | X | Exhibit 2G: Sheila Ruble Records |
| 2H | | 3/31/2026 | X | X | Exhibit 2H: Dashawn Dawkins Records |
| 2I | | 3/31/2026 | X | X | Exhibit 2I: August 2020 Sign-in Records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits maintained on a flash drive in clerk's office |
| | | | | | |
| | | | | | |

Page ___3___ of ___3___ Pages